**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-26353-PSH |
| | § | |
| LARRY GOLDBURG | § | |
| TINA GOLDBURG | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　219 South Dearborn Street, Chicago, IL 60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/06/2012, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/10/2012　　　　　　　　By:  /s/ David P. Leibowitz
　　　　　　　　　　　　　　　　　　　　　　　　(Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-26353-PSH |
| | § | |
| LARRY GOLDBURG | § | |
| TINA GOLDBURG | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,400.00
*and approved disbursements of* $36.30
*leaving a balance on hand of*[1] : $2,363.70

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,363.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $600.00 | $0.00 | $600.00 |
| David P. Leibowitz, Trustee Expenses | $9.35 | $0.00 | $9.35 |

Total to be paid for chapter 7 administrative expenses: $609.35
Remaining balance: $1,754.35

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  | Remaining balance: | $1,754.35 |
|---|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,754.35 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $53,978.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Nordstrom fsb | $856.56 | $0.00 | $27.85 |
| 2 | Nordstrom fsb | $686.46 | $0.00 | $22.32 |
| 3 | FIA CARD SERVICES, N.A./BANK OF AMERICAN N.A. | $10,549.69 | $0.00 | $342.87 |
| 4 | American InfoSource LP as agent for Target | $3,049.87 | $0.00 | $99.12 |
| 5 | Capital One,N.A /Kohl's Department Stores | $1,180.83 | $0.00 | $38.38 |
| 6 | Chase Bank USA, N.A. | $520.70 | $0.00 | $16.92 |
| 7 | World Financial Network National Bank/Loft Mastercard | $3,014.51 | $0.00 | $97.97 |
| 8 | World Financial Network National Bank/Ann Taylor | $365.50 | $0.00 | $11.88 |
| 9 | World Financial Network National Bank/New York & Company | $230.99 | $0.00 | $7.51 |
| 10 | World Financial Network National Bank/Ann Taylor | $344.04 | $0.00 | $11.18 |

**UST-Form 101-7-NFR (5/1/2011)**

| 11 | GE Capital Retail Bank/JCPenney Credit Services | $309.00 | $0.00 | $10.04 |
|----|---|---|---|---|
| 12 | GE Capital Retail Bank/GAP Visa | $836.58 | $0.00 | $27.19 |
| 13 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $10,207.17 | $0.00 | $331.74 |
| 14 | US Bank N.A. | $1,083.82 | $0.00 | $35.23 |
| 15 | US Bank N.A. | $536.44 | $0.00 | $17.43 |
| 16 | American Express Centurion Bank | $17,212.55 | $0.00 | $559.42 |
| 17 | American Express Centurion Bank | $2,993.88 | $0.00 | $97.30 |

Total to be paid to timely general unsecured claims:   $1,754.35
Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:   $0.00
Remaining balance:   $0.00

Prepared By:  /s/ David P. Leibowitz

Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                               Case No. 11-26353-PSH
Larry Goldburg                                                       Chapter 7
Tina Goldburg
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: vwalker                Page 1 of 3                  Date Rcvd: Aug 14, 2012
                              Form ID: pdf006              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2012.
db/jdb        +Larry Goldburg,    Tina Goldburg,    8630 Ferris Ave,    Unit 403,    Morton Grove, IL 60053-2835
17452669      #AT&T,    PO Box 8100,    Aurora, IL 60507-8100
18034056       American Express Centurion Bank,     c o Becket and Lee LLP,     POB 3001,    Malvern, PA 19355-0701
17452666      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
17452671      +Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
17819366      +Capital One,N.A,    c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas,Tx 75374-0933
17452672      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17848616       Chase Bank USA, N.A.,     PO Box 15145,    Wilmington, DE 19850-5145
17452673      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
17452674      +Citimortgage,    PO Box 688948,    Des Moines, IA 50368-8948
17452675       DirecTV,    PO Box 9001069,    Louisville, KY 40290-1069
17785393       FIA CARD SERVICES, N.A.,     PO Box 15102,    Wilmington, DE 19886-5102
17452679      +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
17452680      +IL Bone and Joint Institute,     5057 Paysphere Circle,    Chicago, IL 60674-0050
17452682       Mayo Clinic Rochester,     PO Box 790127,    Saint Louis, MO 63179-0127
17452683      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
17452686       NorthShore University Health System,      Hospital Billing,    23056 Network Place,
                Chicago, IL 60673-1230
17452697       Northwestern Memorial Hospital,     PO Box 73690,    Chicago, IL 60673-7390
17452698      +Rush University Medical Center,     1700 West Van Buren Street,     Suite 161 TOB,
                Chicago, IL 60612-3228
17452699      +Sprint,    PO Box 8077,    London, KY 40742-8077
17452700      +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
17452701      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,     PO Box 5227,    Cincinnati, OH 45201)
17452702      +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
17452704      +Wfnnb/Ann Taylor,    Po Box 182273,    Columbus, OH 43218-2273
17452706      +Wfnnb/Ann Taylor Lft M,     Po Box 182273,    Columbus, OH 43218-2273
17452707      +Wfnnb/Ny&C,    220 W Schrock Rd,    Westerville, OH 43081-2873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17798053       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 15 2012 02:18:31
                American InfoSource LP as agent for,     Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
18006743       E-mail/PDF: rmscedi@recoverycorp.com Aug 15 2012 02:51:55        GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,     Miami FL 33131-1605
17452676      +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2012 02:20:40        Gemb/Abt Tv,    Po Box 981439,
                El Paso, TX 79998-1439
17452677      +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2012 02:59:20        Gemb/Gapdc,    Po Box 981400,
                El Paso, TX 79998-1400
17452678      +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2012 02:20:11        Gemb/Jcp,    Po Box 984100,
                El Paso, TX 79998-4100
17452681      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 15 2012 01:54:58         Kohls/Capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
17452684      +E-mail/Text: bnc@nordstrom.com Aug 15 2012 01:55:10        Nordstrom Fsb,    Po Box 6555,
                Englewood, CO 80155-6555
17765576      +E-mail/Text: bnc@nordstrom.com Aug 15 2012 01:55:10        Nordstrom fsb,    P.O. Box 6566,
                Englewood, CO 80155-6566
18007076      +E-mail/Text: resurgentbknotifications@resurgent.com Aug 15 2012 01:52:06
                PYOD LLC its successors and assigns as assignee of,     Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
17452699      +E-mail/Text: appebnmailbox@sprint.com Aug 15 2012 01:56:04         Sprint,    PO Box 8077,
                London, KY 40742-8077
17869468       E-mail/Text: bnc-alliance@quantum3group.com Aug 15 2012 03:09:49
                World Financial Network National Bank,     Quantum3 Group LLC,    PO Box 788,
                Kirkland, WA  98083-0788
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18034057*      American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17452667*     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
17452668*     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
17452685*     +Nordstrom Fsb,    Po Box 6555,    Englewood, CO 80155-6555
17452687*      NorthShore University Health System,      Hospital Billing,    23056 Network Place,
                Chicago, IL 60673-1230
17452688*      NorthShore University Health System,      Hospital Billing,    23056 Network Place,
                Chicago, IL 60673-1230
17452689*      NorthShore University Health System,      Hospital Billing,    23056 Network Place,
                Chicago, IL 60673-1230
17452690*      NorthShore University Health System,      Hospital Billing,    23056 Network Place,
                Chicago, IL 60673-1230
17452691*      NorthShore University Health System,      Hospital Billing,    23056 Network Place,
                Chicago, IL 60673-1230
```

```
District/off: 0752-1           User: vwalker              Page 2 of 3                  Date Rcvd: Aug 14, 2012
                               Form ID: pdf006           Total Noticed: 36

             ***** BYPASSED RECIPIENTS (continued) *****
17452692*      NorthShore University Health System,    Hospital Billing,    23056 Network Place,
                Chicago, IL 60673-1230
17452693*      NorthShore University Health System,    Hospital Billing,    23056 Network Place,
                Chicago, IL 60673-1230
17452694*      NorthShore University Health System,    Hospital Billing,    23056 Network Place,
                Chicago, IL 60673-1230
17452695*      NorthShore University Health System,    Hospital Billing,    23056 Network Place,
                Chicago, IL 60673-1230
17452696*      NorthShore University Health System,    Hospital Billing,    23056 Network Place,
                Chicago, IL 60673-1230
18025159*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
17452703*     +Visdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
17452705*     +Wfnnb/Ann Taylor,   Po Box 182273,    Columbus, OH 43218-2273
17452670    ##+Bank Of America,   Po Box 17054,    Wilmington, DE 19850-7054
                                                                                  TOTALS: 0, * 17, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: vwalker              Page 3 of 3                  Date Rcvd: Aug 14, 2012
                               Form ID: pdf006            Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2012 at the address(es) listed below:
    David P Leibowitz  dleibowitz@lakelaw.com,
     il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
    David P Leibowitz  on behalf of Trustee David Leibowitz dleibowitz@lakelaw.com,
     czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
    Gina B Krol  on behalf of Debtor Larry Goldburg gkrol@cohenandkrol.com,
     jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
                                                TOTAL: 4