**UNITED STATES BANKRUPTCY COURT1
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-26353-PSH |
| | § | |
| LARRY GOLDBURG | § | |
| TINA GOLDBURG | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $46,400.00 | Assets Exempt: | $116,448.00 |
| Total Distributions to Claimants: | $1,754.35 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $645.65 | | |

3) Total gross receipts of $2,400.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,400.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $41,605.95 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $645.65 | $645.65 | $645.65 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $72,182.94 | $53,978.59 | $53,978.59 | $1,754.35 |
| **Total Disbursements** | $113,788.89 | $54,624.24 | $54,624.24 | $2,400.00 |

4). This case was originally filed under chapter 7 on 06/23/2011. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/13/2012</u>     By:  <u>/s/ David P. Leibowitz</u>
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2006 Toyota Corolla (39,875 miles) | 1129-000 | $2,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,400.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage | 4110-000 | $41,605.95 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$41,605.95** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $600.00 | $600.00 | $600.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $9.35 | $9.35 | $9.35 |
| Green Bank | 2600-000 | NA | $36.30 | $36.30 | $36.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$645.65** | **$645.65** | **$645.65** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-900 | $856.00 | $856.56 | $856.56 | $27.85 |
| 2 | Nordstrom fsb | 7100-900 | $539.00 | $686.46 | $686.46 | $22.32 |
| 3 | FIA CARD SERVICES, N.A./BANK OF | 7100-900 | $10,549.00 | $10,549.69 | $10,549.69 | $342.87 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | AMERICAN N.A. | | | | | |
| 4 | American InfoSource LP as agent for Target | 7100-900 | $3,049.00 | $3,049.87 | $3,049.87 | $99.12 |
| 5 | Capital One,N.A /Kohl's Department Stores | 7100-900 | $1,180.00 | $1,180.83 | $1,180.83 | $38.38 |
| 6 | Chase Bank USA, N.A. | 7100-900 | $489.00 | $520.70 | $520.70 | $16.92 |
| 7 | World Financial Network National Bank/Loft Mastercard | 7100-900 | $3,014.00 | $3,014.51 | $3,014.51 | $97.97 |
| 8 | World Financial Network National Bank/Ann Taylor | 7100-900 | $365.00 | $365.50 | $365.50 | $11.88 |
| 9 | World Financial Network National Bank/New York & Company | 7100-900 | $312.00 | $230.99 | $230.99 | $7.51 |
| 10 | World Financial Network National Bank/Ann Taylor | 7100-900 | NA | $344.04 | $344.04 | $11.18 |
| 11 | GE Capital Retail Bank/JCPenney Credit Services | 7100-900 | $309.00 | $309.00 | $309.00 | $10.04 |
| 12 | GE Capital Retail Bank/GAP Visa | 7100-900 | $839.00 | $836.58 | $836.58 | $27.19 |
| 13 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | $10,207.00 | $10,207.17 | $10,207.17 | $331.74 |
| 14 | US Bank N.A. | 7100-000 | NA | $1,083.82 | $1,083.82 | $35.23 |
| 15 | US Bank N.A. | 7100-000 | $536.44 | $536.44 | $536.44 | $17.43 |
| 16 | American Express Centurion Bank | 7100-900 | $16,912.00 | $17,212.55 | $17,212.55 | $559.42 |
| 17 | American Express Centurion Bank | 7100-900 | $2,921.00 | $2,993.88 | $2,993.88 | $97.30 |
| | Amex | 7100-000 | $3,113.00 | NA | NA | $0.00 |
| | AT&T | 7100-000 | $355.54 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $3,800.00 | NA | NA | $0.00 |
| | DirecTV | 7100-000 | $134.41 | NA | NA | $0.00 |
| | Gemb/Abt Tv | 7100-000 | $473.00 | NA | NA | $0.00 |
| | Hsbc/Carsn | 7100-000 | $158.00 | NA | NA | $0.00 |
| | IL Bone and Joint Institute | 7100-000 | $9.90 | NA | NA | $0.00 |
| | Mayo Clinic Rochester | 7100-000 | $164.05 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Mcydsnb | 7100-000 | $371.00 | NA | NA | $0.00 |
| NorthShore University Health System | 7100-000 | $150.00 | NA | NA | $0.00 |
| NorthShore University Health System | 7100-000 | $1,237.97 | NA | NA | $0.00 |
| NorthShore University Health System | 7100-000 | $25.00 | NA | NA | $0.00 |
| NorthShore University Health System | 7100-000 | $40.00 | NA | NA | $0.00 |
| NorthShore University Health System | 7100-000 | $64.84 | NA | NA | $0.00 |
| NorthShore University Health System | 7100-000 | $38.02 | NA | NA | $0.00 |
| NorthShore University Health System | 7100-000 | $40.00 | NA | NA | $0.00 |
| NorthShore University Health System | 7100-000 | $955.50 | NA | NA | $0.00 |
| NorthShore University Health System | 7100-000 | $49.79 | NA | NA | $0.00 |
| NorthShore University Health System | 7100-000 | $1,949.53 | NA | NA | $0.00 |
| NorthShore University Health System | 7100-000 | $256.75 | NA | NA | $0.00 |
| Northwestern Memorial Hospital | 7100-000 | $40.00 | NA | NA | $0.00 |
| Rush University Medical Center | 7100-000 | $7.45 | NA | NA | $0.00 |
| Sprint | 7100-000 | $873.75 | NA | NA | $0.00 |
| Visdsnb | 7100-000 | $3,360.00 | NA | NA | $0.00 |
| Visdsnb | 7100-000 | $2,241.00 | NA | NA | $0.00 |
| Wfnnb/Ny&C | 7100-000 | $197.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $72,182.94 | $53,978.59 | $53,978.59 | $1,754.35 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 11-26353-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GOLDBURG, LARRY AND GOLDBURG, TINA | Date Filed (f) or Converted (c): | 06/23/2011 (f) |
| For the Period Ending: | 12/13/2012 | §341(a) Meeting Date: | 07/26/2011 |
| | | Claims Bar Date: | 12/02/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  8630 N. Ferris Avenue Morton Grove Il 60053 | $74,000.00 | $2,394.05 | | $0.00 | FA |
| 2  Harris Bank checking | $0.00 | $0.00 | | $0.00 | FA |
| 3  Dining room set, couch, tv, stereo, desk, dvd, treadmill, 2 lapms, bedroom set, computer desktop | $1,000.00 | $0.00 | | $0.00 | FA |
| 4  Miscellaneous DVDs | $25.00 | $0.00 | | $0.00 | FA |
| 5  miscellaneous mens/womens clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 6  wedding band set | $2,300.00 | $0.00 | | $0.00 | FA |
| 7  Fidelity Traiditional IRA | $51,723.00 | $0.00 | | $0.00 | FA |
| 8  Nationwide Retirement Solutions- 457(b) plan | $13,700.00 | $0.00 | | $0.00 | FA |
| 9  American Funds 401k | $11,100.00 | $0.00 | | $0.00 | FA |
| 10  2006 Toyota Corolla (39,875 miles) | $8,000.00 | $2,400.00 | | $2,400.00 | FA |
| 11  Tina Goldburg vs. Northeast Illinois Regional Commuter Railroad Corporation, Case No. 2011 L 006731 | $0.00 | Unknown | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

|  |  |  | **Gross Value of Remaining Assets** |  |
|---|---|---|---|---|
| $162,848.00 | $4,794.05 | | $2,400.00 | $0.00 |

**Major Activities affecting case closing:**
Personal Injury case pending
ready for TFR - not administering PI case
Prepare TDR

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 12/31/2012 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| Case No. | 11-26353-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GOLDBURG, LARRY AND GOLDBURG, TINA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9520 | Checking Acct #: | ******5301 |
| Co-Debtor Taxpayer ID #: | ******9521 | Account Title: | |
| For Period Beginning: | 6/23/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2011 | (10) | Ronald N. Goldburg/Karen R. Goldburg | Equity on Vehicle | 1129-000 | $2,400.00 | | $2,400.00 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.49 | $2,397.51 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.61 | $2,393.90 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.73 | $2,390.17 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.85 | $2,386.32 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.85 | $2,382.47 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.59 | $2,378.88 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.96 | $2,374.92 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.58 | $2,371.34 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.82 | $2,367.52 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.82 | $2,363.70 |
| 09/07/2012 | 1001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $600.00 | $1,763.70 |
| 09/07/2012 | 1002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $9.35 | $1,754.35 |
| 09/07/2012 | 1003 | US Bank N.A. | Claim #: 14; Amount Claimed: 1,083.82; Amount Allowed: 1,083.82; Distribution Dividend: 3.25; | 7100-000 | | $35.23 | $1,719.12 |
| 09/07/2012 | 1004 | US Bank N.A. | Claim #: 15; Amount Claimed: 536.44; Amount Allowed: 536.44; Distribution Dividend: 3.25; | 7100-000 | | $17.43 | $1,701.69 |
| 09/07/2012 | 1005 | American Express Centurion Bank | Claim #: 16; Amount Claimed: 17,212.55; Amount Allowed: 17,212.55; Distribution Dividend: 3.25; | 7100-900 | | $559.42 | $1,142.27 |
| 09/07/2012 | 1006 | American Express Centurion Bank | Claim #: 17; Amount Claimed: 2,993.88; Amount Allowed: 2,993.88; Distribution Dividend: 3.25; | 7100-900 | | $97.30 | $1,044.97 |
| 09/07/2012 | 1007 | Nordstrom fsb | Claim #: 1; Amount Claimed: 856.56; Amount Allowed: 856.56; Distribution Dividend: 3.25; | 7100-900 | | $27.85 | $1,017.12 |
| 09/07/2012 | 1008 | Nordstrom fsb | Claim #: 2; Amount Claimed: 686.46; Amount Allowed: 686.46; Distribution Dividend: 3.25; | 7100-900 | | $22.32 | $994.80 |
| 09/07/2012 | 1009 | FIA CARD SERVICES, N.A./BANK OF | Claim #: 3; Amount Claimed: 10,549.69; Amount Allowed: 10,549.69; Distribution Dividend: 3.25; | 7100-900 | | $342.87 | $651.93 |
| 09/07/2012 | 1010 | American InfoSource LP as agent for Target | Claim #: 4; Amount Claimed: 3,049.87; Amount Allowed: 3,049.87; Distribution Dividend: 3.25; | 7100-900 | | $99.12 | $552.81 |
| 09/07/2012 | 1011 | Capital One,N.A /Kohl's Department Stores | Claim #: 5; Amount Claimed: 1,180.83; Amount Allowed: 1,180.83; Distribution Dividend: 3.25; | 7100-900 | | $38.38 | $514.43 |
| 09/07/2012 | 1012 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 520.70; Amount Allowed: 520.70; Distribution Dividend: 3.25; | 7100-900 | | $16.92 | $497.51 |
| | | | **SUBTOTALS** | | $2,400.00 | $1,902.49 | |

Page No: 2
Case 11-26353   Doc 37   Filed 12/14/12   Entered 12/14/12 14:18:37   Desc Main
Document      Page 8 of 9
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No. | 11-26353-PSH | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | GOLDBURG, LARRY AND GOLDBURG, TINA | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9520 | | | Checking Acct #: | ******5301 |
| Co-Debtor Taxpayer ID #: | ******9521 | | | Account Title: | |
| For Period Beginning: | 6/23/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/07/2012 | 1013 | World Financial Network National Bank/Loft | Claim #: 7; Amount Claimed: 3,014.51; Amount Allowed: 3,014.51; Distribution Dividend: 3.25; | 7100-900 | | $97.97 | $399.54 |
| 09/07/2012 | 1014 | World Financial Network National Bank/Ann Taylor | Claim #: 8; Amount Claimed: 365.50; Amount Allowed: 365.50; Distribution Dividend: 3.25; | 7100-900 | | $11.88 | $387.66 |
| 09/07/2012 | 1015 | World Financial Network National Bank/New York & | Claim #: 9; Amount Claimed: 230.99; Amount Allowed: 230.99; Distribution Dividend: 3.25; | 7100-900 | | $7.51 | $380.15 |
| 09/07/2012 | 1016 | World Financial Network National Bank/Ann Taylor | Claim #: 10; Amount Claimed: 344.04; Amount Allowed: 344.04; Distribution Dividend: 3.25; | 7100-900 | | $11.18 | $368.97 |
| 09/07/2012 | 1017 | GE Capital Retail Bank/JCPenney Credit | Claim #: 11; Amount Claimed: 309.00; Amount Allowed: 309.00; Distribution Dividend: 3.25; | 7100-900 | | $10.04 | $358.93 |
| 09/07/2012 | 1018 | GE Capital Retail Bank/GAP Visa | Claim #: 12; Amount Claimed: 836.58; Amount Allowed: 836.58; Distribution Dividend: 3.25; | 7100-900 | | $27.19 | $331.74 |
| 09/07/2012 | 1019 | PYOD LLC its successors and assigns as assignee of | Claim #: 13; Amount Claimed: 10,207.17; Amount Allowed: 10,207.17; Distribution Dividend: 3.25; | 7100-900 | | $331.74 | $0.00 |
| | | | TOTALS: | | $2,400.00 | $2,400.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $2,400.00 | $2,400.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,400.00 | $2,400.00 | |

| For the period of 6/23/2011 to 12/13/2012 | | For the entire history of the account between 09/12/2011 to 12/13/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,400.00 | Total Compensable Receipts: | $2,400.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,400.00 | Total Comp/Non Comp Receipts: | $2,400.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,400.00 | Total Compensable Disbursements: | $2,400.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,400.00 | Total Comp/Non Comp Disbursements: | $2,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2  
Page No: 3  
Exhibit 9  
Case 11-26353    Doc 37    Filed 12/14/12    Entered 12/14/12 14:18:37    Desc Main  
CASH RECEIPTS AND DISBURSEMENTS RECORD  
Document      Page 9 of 9

| Case No. | 11-26353-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GOLDBURG, LARRY AND GOLDBURG, TINA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9520 | | Checking Acct #: | ******5301 |
| Co-Debtor Taxpayer ID #: | ******9521 | | Account Title: | |
| For Period Beginning: | 6/23/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,400.00 | $2,400.00 | $0.00 |

| **For the period of 6/23/2011 to 12/13/2012** | | **For the entire history of the case between 06/23/2011 to 12/13/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,400.00 | Total Compensable Receipts: | $2,400.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,400.00 | Total Comp/Non Comp Receipts: | $2,400.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,400.00 | Total Compensable Disbursements: | $2,400.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,400.00 | Total Comp/Non Comp Disbursements: | $2,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ